UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

  -v-

KAMAL ZUHDI ABDALLAH *et al.*,

                Defendants.

---

No. 17-cv-3117 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 17, 2018, the Court held a discovery conference in this matter. As stated on the record and set forth in a separately docketed order, the Court ordered Plaintiff to resubmit its discovery requests to Defendants by May 24, 2018 and Defendants to respond by June 14, 2018. (Doc. No. 60.) Accordingly, IT IS HEREBY ORDERED THAT by June 29, 2018, the parties shall submit a joint letter to the Court proposing an updated schedule for the remainder of discovery. The Clerk of Court is respectfully requested to mail a copy of this order to Defendant Kamal Abdallah and Relief Defendant Zeina Abdallah.

SO ORDERED.

Dated:      June 20, 2018
           New York, New York

                                     RICHARD J. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE