

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

**DIVISION OF ENFORCEMENT**

PAUL G. GIZZI
SENIOR TRIAL COUNSEL
(212) 336-0077
gizzip@sec.gov

May 9, 2019

*Via ECF*
Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Abdallah*, 17-cv-3117 (LTS) (BCM) (S.D.N.Y.)

Dear Judge Moses:

    We represent the Securities and Exchange Commission ("SEC" or "Commission") in this action. The SEC submits this status letter as directed in the Court's April 3, 2019 order (docket no. 78). The SEC staff is continuing to review Judge Bianco's March 29, 2019 decision dismissing the violation of supervised release proceeding as to Kamal Abdallah, in *U.S. v. Kamal Zuhdi Abdallah*, 09-cr-717 (E.D.N.Y.). In light of Judge Bianco's resolution of the criminal proceeding, the SEC staff is in the process of deciding whether to make a recommendation to the Commission concerning the resolution of the claims in this action. The SEC therefore respectfully requests that the Status Conference scheduled for May 16, 2019 be postponed, and the discovery deadlines extended by 30 days, to enable the SEC staff to determine whether to make a recommendation to the Commission as well as for the Commission to have the opportunity to consider any such recommendation.

    Respectfully submitted,

    */s/ Paul G. Gizzi*
    */s/ Karen M. Lee*
    Paul G. Gizzi
    Karen M. Lee

cc (via email): Kamal Abdallah and Zeina Abdallah