

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

**DIVISION OF ENFORCEMENT**

PAUL G. GIZZI
SENIOR TRIAL COUNSEL
(212) 336-0077
gizzip@sec.gov

June 11, 2019

*Via ECF*
Hon. Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *SEC v. Abdallah*, 17-cv-3117 (LTS) (BCM) (S.D.N.Y.)

Dear Judge Moses:

      We represent the Securities and Exchange Commission ("SEC" or "Commission") in this action. The Court's May 10, 2019 Order directed the SEC to submit a status letter on June 11, 2019 (docket no. 80).

      In the past month, the SEC staff has reviewed the March 29, 2019 ruling in *U.S. v. Kamal Zuhdi Abdallah*, 09-cr-717 (E.D.N.Y), in which Judge Bianco determined that Kamal Abdallah did not commit any violations of his supervised release, including a charged violation of the anti-fraud provisions of the federal securities law, based on the same conduct at issue in this action, *SEC v. Abdallah*.

      The SEC staff currently anticipates that, within the next two weeks, the Commission will decide whether and/or how to proceed in this matter in light of Judge Bianco's ruling, and that may result in the prompt disposition of this action. Accordingly, the SEC staff respectfully requests that the deadline for the status letter be extended by two weeks to June 25, 2019. Defendant Kamal Abdallah and Relief Defendant Zeina Abdallah consent to this request.

      Respectfully submitted,

      /s/ *Paul G. Gizzi*
      /s/ *Karen M. Lee*
      Paul G. Gizzi
      Karen M. Lee

cc (via email):  Kamal Abdallah and Zeina Abdallah