UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| v. | |
| KAMAL ZUHDI ABDALLAH, a/k/a KAMAL SULLEMAN, | Case No.: 17-cv-3117-LTS-BCM |
| Defendant, | |
| and | |
| ADMINISTRATIVE OUTSOURCE SERVICES, INC., ZEINA ABDALLAH, and SERIAGA INVESTMENTS, INC., | |
| Relief Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Securities and Exchange Commission, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against relief defendants Administrative Outsource Services, Inc. and Seriaga Investments, Inc.

Date: June 26, 2019

/s/ Paul G. Gizzi
/s/ Karen M. Lee

SO ORDERED:
7/3/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Paul G. Gizzi
Karen M. Lee
Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, NY 10281
212-336-1100

## CERTIFICATE OF SERVICE

I certify that on June 26, 2019, I served a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) via email upon:

Kamal Zuhdi Abdallah, a/k/a Kamal Sulleman
21626 Stonewall Parkway, #3333
San Antonio, TX 78256
*kzabdallah@gmail.com*

Zeina Abdallah
21626 Stonewall Parkway, #3333
San Antonio, TX 78256
*zeinaabdallah123@gmail.com*

*Paul G. Gizzi*
_____
Paul G. Gizzi