```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7 3 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

KAMAL ZUHDI ABDALLAH, a/k/a
KAMAL SULLEMAN,

                Defendant,

and

ADMINISTRATIVE OUTSOURCE
SERVICES, INC., ZEINA ABDALLAH,
and SERIAGA INVESTMENTS, INC.,

                Relief Defendants.

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(ii)

Case No.: 17-cv-3117-LTS-BCM

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Kamal Zuhdi Abdallah, a/k/a Kamal Sulleman, and relief defendant Zeina Abdallah pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiff's counsel

Paul G. Gizzi
Karen M. Lee
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
212-336-1100

Dated: 7/2/2019

_____
Signature of defendant

Kamal Zuhdi Abdallah, a/k/a Kamal Sulleman
21626 Stonewall Parkway, #3333
San Antonio, TX 78256
210-744-2086

Dated: 7/01/2019

_____
*Signature of relief defendant*

Zeina Abdallah
21626 Stonewall Parkway, #3333
San Antonio, TX 78256
210-744-2086

Dated: 7/01/19

SO ORDERED:

_____ 7/3/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2