**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

## MEMO ENDORSED

Plaintiff,

v.

**KAMAL ZUHDI ABDALLAH, a/k/a KAMAL SULLEMAN,**

Defendant,

and

ADMINISTRATIVE OUTSOURCE SERVICES, INC., ZEINA ABDALLAH, and SERIAGA INVESTMENTS, INC.,

Relief Defendants.

**Case No. 17-cv-3117-LTS-BCM**

Hon. Laura Taylor Swain
United States District Judge

**PRO SE NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION TO REOPEN**

Defendant Kamal Zuhdi Abdallah, proceeding Pro Se, hereby gives notice of the voluntary withdrawal of his Pro Se Motion to Reopen Case for Limited Purpose of Entering Injunctive Relief to Enforce Dismissal Order, filed with this Court on June 9, 2026.

As grounds for this withdrawal, Defendant states as follows:

1.  On June 16, 2026, the Securities and Exchange Commission published Litigation Release No. 26569 on its official website at https://www.sec.gov/enforcement-litigation/litigation-releases/lr-26569, announcing that the SEC voluntarily dismissed, with prejudice, its civil enforcement action against Defendant Kamal Zuhdi Abdallah and Relief Defendant Zeina Abdallah on July 3, 2019.

2.  The SEC further added a direct link to Litigation Release No. 26569 on the original complaint page, Litigation Release No. 23819, at https://www.sec.gov/enforcement-litigation/litigation-releases/lr-23819, such that any member of the public viewing the original complaint will now immediately see the dismissal notice.

3.   The publication of Litigation Release No. 26569 and the addition of the link to the original complaint page constitute the relief Defendant sought in his motion. The SEC has fulfilled its commitment and Defendant is satisfied that the public record now accurately reflects the final resolution of this matter.

Accordingly, Defendant respectfully requests that this Court take notice of the withdrawal of the above-referenced motion and close this matter accordingly.

Respectfully submitted,

**Kamal Zuhdi Abdallah**
Pro Se Defendant
16735 LaCantera Pkwy #7402
San Antonio, TX 78256
kzabdallah@gmail.com
210-744-2086

Dated: June 16, 2026

---

## CERTIFICATE OF SERVICE

I, Kamal Zuhdi Abdallah, hereby certify that on June 16, 2026, I served a copy of this Notice of Voluntary Withdrawal upon Paul G. Gizzi, Senior Trial Counsel, Securities and Exchange Commission, New York Regional Office, 100 Pearl Street, Suite 20-100, New York, NY 10004, attorney of record for Plaintiff, by electronic mail.

**Kamal Zuhdi Abdallah**
Pro Se Defendant

The foregoing request is granted.  The Court notes that Mr. Abdallah has withdrawn his motion to reopen this case.  Docket entry no. 90 is resolved.

SO ORDERED.
June 22, 2026
/s/ Laura Taylor Swain, Chief USDJ